SEND

FILED
CLERK, U.S. DISTRICT COURT

OCT 22 1999

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRVIEW CENTER,                )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br> FEDDERS CORPORATION, ET AL.,    )<br>                                 )<br>          Defendants.            )<br>_____) | CV 98-4508 JSL<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO AMEND<br>COUNTERCLAIM AND DENYING<br>DEFENDANTS' MOTION FOR<br>COURT APPOINTED PRODUCTS<br>LIABILITY EXPERT |

     The motions of defendants Robert L. Adair, Lieselotte Adair, and Lumbermens Mutual Casualty Company, served on behalf of third-party defendants the Estate of D. Al. Demaret and the Estate of Elsie M. Demaret to amend counterclaim and for court appointed products liability expert came on for hearing regularly on October 18, 1999.

     Having reviewed the papers filed in connection with these matters, having heard oral argument, and being fully apprised of the relevant facts and law,

     IT IS HEREBY ORDERED that the motion to amend counterclaim be GRANTED.

\\\



ENTERED ON ICMS

OCT 26 1999



119

1       IT IS FURTHER ORDERED that the motion for court appointed
2 products liability expert be DENIED.
3       IT IS SO ORDERED.

5 DATED: 10/22/99        *Spencer Letts*
6       J. Spencer Letts
      United States District Judge